UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALRISSIAN JOHN STALLWORTH,

   Plaintiff,

v.                                                 Case No. 3:25cv880-LC-HTC

ESCAMBIA COUNTY
CORRECTIONS DEPARTMENT, et al.,

   Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 29, 2025 (ECF No. 13), recommending that Plaintiff's case be dismissed under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) and this Court's inherent power for Plaintiff's failure to truthfully disclose his litigation history.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) and this Court's inherent power for Plaintiff's failure to truthfully disclose his litigation history.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 29th day of August, 2025.

_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv880-LC-HTC